Joe COPELAND *v.* STATE of Arkansas

CR 03-180                                      99 S.W.3d 426

Supreme Court of Arkansas
Opinion delivered March 6, 2003

*Norman G. Co,* for appellant.

No response.

P ER CURIAM. Appellant Joe Copeland, by and through his attorney, has filed a motion for a belated appeal and request for new counsel. His attorney, Norman G. Cox, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion for a belated appeal is granted. The motion requesting new counsel is denied. A copy of this opinion will be forwarded to the Committee on Professional Conduct.